IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 BANKRUPTCY |
| | : |
| WAYNE ROY HALL, II, | : |
|      Debtor | : NO. 18-70539-JAD |

_____

| | |
|---|---|
| WAYNE ROY HALL, II, Debtor, | : |
|      Movant | : |
| vs. | : DOCUMENT NO. |
| | : |
| NO RESPONDENTS | : RELATED TO DOCUMENT NO. 1, 13, 15 |

## **ORDER**

AND NOW, after consideration of Debtor's Motion for Extension of Time, it is hereby ORDERED, DIRECTED AND DECREED, that Debtor's Motion is GRANTED and he shall complete his bankruptcy filing on or before September 2, 2018.

BY THE COURT:

Dated: 8/24/2018

_____ **jsf**
United States Bankruptcy Judge

FILED
8/24/18 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-70539-JAD
Wayne Roy Hall, II                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7         User: aala              Page 1 of 1              Date Rcvd: Aug 24, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db          Wayne Roy Hall, II,   323 Saint Pauls Church Road,   Hopewell, PA  16650-8005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James    Warmbrodt     on behalf of Creditor    Bank of America, N. A. bkgroup@kmllawgroup.com
              Lisa M. Swope     lms@nsslawfirm.com,    mmh@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Shawn B. Cohen     on behalf of Debtor Wayne Roy Hall, II shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com
                                                                                                   TOTAL: 5