## United States Bankruptcy Court
### Western District of Pennsylvania

In re   **Wayne Roy Hall, II**                                               Case No.   **18-70539**
                        Debtor(s)                                            Chapter    **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Wayne Roy Hall, II**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- ■ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

- ☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

- ☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **July 29, 2018**                    Signature **/s/ Wayne Roy Hall, II**
                                                    **Wayne Roy Hall, II**
                                                    Debtor