IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: <br><br> WAYNE ROY HALL, II, <br><br> Debtor | Bankruptcy No. 18-70539-JAD <br><br> Chapter 7 |
|---|---|

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
JOHN DEERE FINANICAL SERVICES, INC.

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, John Deere Financial Services, Inc., in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ *Keri P. Ebeck*
Keri P. Ebeck, Esquire
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
Tel: (412) 456-8112
Fax: (412) 456-8135

*Attorney for Creditor,*
*John Deere Financial Services, Inc.*

Dated: September 27, 2018