IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-70539-JAD |
| WAYNE ROY HALL, II, | Chapter 7 |
| Debtor, | Related to Doc. No. 25 |
| JOHN DEERE FINANCIAL SERVICES, INC., | |
| Movant, | |
| v. | |
| WAYNE ROY HALL, II, and LISA M. SWOPE, Chapter 7 Trustee, | |
| Respondents. | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FOR POSSESSION

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **October 15, 2018** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

      A hearing will be held on **November 2, 2018, at 11:00 am** before Judge Jeffery A. Deller, in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

| | |
|---|---|
| Date of service: September 28, 2018 | By: /s/ Keri P. Ebeck<br>Keri P. Ebeck<br>PA I.D. # 91298<br>kebeck@bernsteinlaw.com<br>707 Grant Street, Suite 2200<br>Pittsburgh, PA 15219<br>412-456-8112<br>Fax: (412) 456-8120<br><br>*Counsel for John Deere Financial Services, Inc.* |