Certificate Number: 15317-PAW-DE-031718202

Bankruptcy Case Number: 18-70539



15317-PAW-DE-031718202

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 5, 2018</u>, at <u>12:25</u> o'clock <u>AM PDT</u>, <u>Wayne Roy Hall II</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 5, 2018</u>          By:   <u>/s/Mayshiel Dacanay</u>

                                    Name:  <u>Mayshiel Dacanay</u>

                                    Title:  <u>Certified Counselor</u>