IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>WAYNE ROY HALL, II,<br><br>Debtor,<br><br>JOHN DEERE FINANCIAL SERVICES, INC.,<br><br>Movant,<br><br>v.<br><br>WAYNE ROY HALL, II, and JAMES R. WALSH, Chapter 7 Trustee,<br><br>Respondents. | Bankruptcy No. 18-70539-JAD<br><br>Chapter 7<br><br>Related to Doc. No. 25 |

**CERTIFICATE OF NO OBJECTION OR RESPONSE**

       The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and Abandonment, filed at Doc. No. 49, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than October 15, 2018. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay and Abandonment be entered by the Court.

Dated: October 16, 2018                       Respectfully submitted,

                                                    BERNSTEIN-BURKLEY, P.C.

                                                    By: /s/ Keri P. Ebeck
                                                    Keri P. Ebeck
                                                    PA I.D. # 91298
                                                    kebeck@bernsteinlaw.com
                                                    707 Grant Street, Suite 2200
                                                    Pittsburgh, PA 15219
                                                    412-456-8112
                                                    Fax: (412) 456-8120

                                                    *Counsel for John Deere Financial Services, Inc.*