**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18–70539–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Wayne Roy Hall II
   323 Saint Pauls Church Road
   Hopewell, PA 16650–8005

Social Security No.:
   xxx–xx–2545

Employer's Tax I.D. No.:
   03–0410396

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Shawn B. Cohen<br>Cohen Law Offices<br>PO Box 663<br>Duncansville, PA 16635<br>Telephone number: 814–693–0500 | Lisa M. Swope<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931<br>Telephone number: 814–472–7151 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
December 5, 2018
10:00 AM
Jury Assembly Room, Basement, Blair County Courthouse, 423 Allegheny Street, Hollidaysburg, PA 16648

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 10/16/18                                                    BY THE COURT

                                                                   Jeffery A. Deller
                                                                   Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 18-70539-JAD
Wayne Roy Hall, II                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: aala                  Page 1 of 2          Date Rcvd: Oct 16, 2018
                              Form ID: rsc                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             Wayne Roy Hall, II,    323 Saint Pauls Church Road,    Hopewell, PA 16650-8005
14888873      +AC&T COMPANY INC,    11535 HOPEWELL ROAD,    HAGERSTOWN, MD 21740-2109
14888875       ARTHUR W ZAMOSKY, ESQUIRE,    BERNSTEIN-BURKLEY PC,    SUITE 2200 GULF TOWER,
                PITTSBURGH, PA 15219
14888876      +BALBOA CAPITAL CORPORATION,    c/o BEVERLY MANNE, ESQUIRE,    TUCKER ARENSBERG PC,
                1500 ONE PPG PLACE,    PITTSBURGH, PA 15222-5413
14888877     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,     ATTN: BANKRUPTCY,    PO BOX 982238,
                EL PASO, TX 79998)
14888878      +CHASE CARD SERVICES,    CORRESPONDENCE DEPT,    PO BOX 15298,   WILMINGTON, DE 19850-5298
14888879      +CITIBANK/SEARS,    ATTN: BANKRUPTCY,    PO BOX 6275,   SIOUX FALLS, SD 57117-6275
14888880      +CITIBANK/SEARS,    CENTRALIZED BANKRUPTCY,    PO BOX 790034,   ST LOUIS, MO 63179-0034
14888883      +FIRST NATIONAL BANK,    ATTN: TINA,   1620 DODGE ST MAILSTOP 4440,    OMAHA, NE 68197-0002
14888882      +FIRST NATIONAL BANK,    ATTN: BANKRUPTCY,    4140 E. STATE STREET,   HERMITAGE, PA 16148-3401
14888884     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: FORD CREDIT,     NATIONAL BANKRUPTCY SERVICE CENTER,    PO BOX 62180,
                COLORADO, CO 80962)
14888886      +JOHN AND BARBARA STEPPE,    C/O RAY A GHANER, ESQUIRE,    PO BOX 383,    200 PENN STREET,
                HUNTINGDON, PA 16652-1444
14888889      +LAKE EQUIPMENT LEASING INC,    64 MAIN ST, SECOND FLOOR,    MILLBURN, NJ 07041-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:26:47      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
14888874      +E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2018 02:26:23      ALLY FINANCIAL,
                ATTN: BANKRUPTCY DEPT,    PO BOX 380901,   BLOOMINGTON, MN 55438-0901
14888881       E-mail/Text: bankruptcynotice@fcbanking.com Oct 17 2018 02:26:25      FIRST COMMONWEALTH BANK,
                ATTN: BANKRUPTCY,    PO BOX 400,    INDIANA, PA 15701
14888885      +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 17 2018 02:27:31      HARLEY DAVIDSON FINANCIAL,
                ATTN: BANKRUPTCY,    PO BOX 22048,   CARSON CITY, NV 89721-2048
14888887      +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Oct 17 2018 02:27:27
                JOHN DEERE CONSTRUCTION & FORESTRY CO,     6400 NW 86TH ST,   JOHNSTON, IA 50131-2945
14888888      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 17 2018 02:26:26      KOHLS/CAPITAL ONE,
                KOHLS CREDIT,    PO BOX 3120,   MILWAUKEE, WI 53201-3120
14888890       E-mail/Text: camanagement@mtb.com Oct 17 2018 02:26:33      M & T BANK,   ATTN: BANKRUPTCY,
                PO BOX 844,    BUFFALO, NY 14240
14888891      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2018 02:27:00      MIDLAND FUNDING,
                2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
14888892       E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Oct 17 2018 02:27:45
                PA DEPT OF LABOR & INDUSTRY,    651 BOAS ST,    HARRISBURG, PA 17121-0750
14889787      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 02:24:59
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14888893      +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:25:33      SYNCHRONY BANK/ JC PENNEYS,
                ATTN: BANKRUPTCY DEPT,    PO BOX 965060,   ORLANDO, FL 32896-5060
14888894      +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:24:55      SYNCHRONY BANK/AMAZON,
                ATTN: BANKRUPTCY DEPT,    PO BOX 965060,   ORLANDO, FL 32896-5060
14888895      +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:25:33      SYNCHRONY BANK/SAMS CLUB,
                ATTN: BANKRUPTCY DEPT,    PO BOX 965060,   ORLANDO, FL 32896-5060
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N. A.
cr             John Deere Financial Services, Inc.
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7          User: aala              Page 2 of 2              Date Rcvd: Oct 16, 2018
                              Form ID: rsc            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James  Warmbrodt    on behalf of Creditor   Bank of America, N. A. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   John Deere Financial Services, Inc.
               kebeck@bernsteinlaw.com,  DMcKay@bernsteinlaw.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
               mmh@nsslawfirm.com;pa73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com,   mmh@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Shawn B. Cohen    on behalf of Debtor Wayne Roy Hall, II shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
               ail.com
                                                                                             TOTAL: 7
```