**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>WAYNE ROY HALL, II,<br><br>　　　　Debtor,<br><br>JOHN DEERE FINANCIAL SERVICES, INC.,<br><br>　　　　Movant,<br><br>　　v.<br><br>WAYNE ROY HALL, II, and LISA M. SWOPE, Chapter 7 Trustee,<br><br>　　　　Respondents. | Bankruptcy No. 18-70539-JAD<br><br>Chapter 7<br><br>Doc. No. 25 |

## ORDER OF COURT

AND NOW, this 18th day of October, 2018, upon consideration of the foregoing Motion for Relief from the Automatic Stay and Abandonment, it is hereby ORDERED,

Relief from the Automatic Stay for possession is granted as to the interest of John Deere Financial Services, Inc. as to the 650K Crawler Dozer with serial number 1T0650KXLEE258749, and the 310SJ Wheel Loader Backhoe with serial number 1T0310SJPA0187139 (the "Dozer" and the "Backhoe").

IT IS FURTHER ORDERED that the Debtor shall cooperate with the surrender of the Dozer and the Backhoe; and, John Deere Financial Services, Inc.'s request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted

FILED
10/18/18 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
Hon. Jeffery A. Deller    jsf
U.S. Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-70539-JAD
Wayne Roy Hall, II                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: culy             Page 1 of 1              Date Rcvd: Oct 18, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db         Wayne Roy Hall, II,   323 Saint Pauls Church Road,   Hopewell, PA  16650-8005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
      CSU - OUCTS, PA Labor & Industry   ra-li-ucts-bankpitts@state.pa.us
      James Warmbrodt   on behalf of Creditor   Bank of America, N. A. bkgroup@kmllawgroup.com
      Keri P. Ebeck   on behalf of Creditor   John Deere Financial Services, Inc.
       kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
      Lisa M. Swope   on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
       mmh@nsslawfirm.com;pa73@ecfcbis.com
      Lisa M. Swope   lms@nsslawfirm.com, mmh@nsslawfirm.com;pa73@ecfcbis.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Shawn B. Cohen   on behalf of Debtor Wayne Roy Hall, II shawn@attyshawncohen.com,
       notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com
                                                                                                        TOTAL: 7